**Brian BILLINGS, Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

**No. 15–2224.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2016.

Filed: March 18, 2016.

Brian Billings, Elizabeth, AR, pro se.

Jonathan Ryan Clark, Michael McGaughran, Angeline S. Reese, Assistant Regional Counsel, Social Security Administration Office of General Counsel Region VI, Dallas, TX, Stacey E. McCord, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Brian Billings appeals the district court's[1] order affirming the Commissioner's denial of disability insurance benefits and supplemental security income, after his hearing before an administrative law

---

1. The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

judge (ALJ). For reversal, Billings argues that the ALJ's decision is not supported by substantial evidence on the record as a whole, and in particular, he challenges the ALJ's severity and credibility determinations; the ALJ's residual functional capacity (RFC) finding; and the ALJ's decision to credit some physicians' opinions in the record over other physician's opinions, including the opinion of consultative medical examiner Anandaraj Subramanium, M.D.

Following careful de novo review, we conclude that substantial evidence in the record as a whole supports the denial of Billings's applications, *see Halverson v. Astrue*, 600 F.3d 922, 929–31 (8th Cir.2010) (standard of review), including the ALJ's determination on which impairments were severe, *see Kirby v. Astrue*, 500 F.3d 705, 707–08 (8th Cir.2007); the credibility determinations, *see Perks v. Astrue*, 687 F.3d 1086, 1092–93 (8th Cir.2012); the assessment of RFC, *see id.* at 1092; and the decision to discount Dr. Subramanium's opinion on the severity of Billings's limitations, *see Estes v. Barnhart*, 275 F.3d 722, 725 (8th Cir.2002).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.